PROB 12A
(6/16)

# United States District Court

### for the

### Eastern District of Washington

### Report on Offender Under Supervision
*(No Action Requested)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 07, 2023**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Christian Angel | Case Number: 0980 4:18CR06015-EFS-1 |
| Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge | |
| Date of Original Sentence: March 11, 2019 | Type of Supervision: Supervised Release |
| Original Offense: Possession of a Firearm in Furtherance of Drug Trafficking, 18 U.S.C. § 924(c)(1)(A) | Date Supervision Commenced: July 8, 2022 |
| Original Sentence: Prison 60 months; TSR - 36 months | Date Supervision Expires: July 7, 2025 |

## NONCOMPLIANCE SUMMARY

On July 8, 2022, the conditions of supervision were reviewed with Mr. Angel as outlined in the judgment and sentence. Mr. Angel signed his judgment acknowledging an understanding of those conditions.

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis testing (which may include urinalysis or sweat patches), as directed by the supervising officer, but no more six (6) tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Angel is alleged to have violated the terms of his supervised release by using cocaine on or about February 5, 2023.<br><br>On February 7, 2023, this officer directed Mr. Angel to report for a random urinalysis test. Mr. Angel's drug screen resulted positive for cocaine. He signed an admission form admitting to using cocaine on February 5, 2023. |

**U.S. Probation Officer Action**:

In response to Mr. Angel's drug use, this officer placed him on the urinalysis color phase program. Mr. Angel advises this incident was isolated and was in response to having a bad day with co-parenting issues. He was incredibly remorseful and apologetic. He most recently provided a random urinalysis on March 2, 2023, which was negative for all prohibited substances.

Mr. Angel is presently employed at VPI Windows and he resides in clean and sober housing. Based on Mr. Angel's admission and this officer's action, this officer is respectfully requesting no action be taken by the Court.

**Prob12A**
**Re: Angel, Christian**
**March 3, 2023**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed On: March 3, 2023

s/Emely Cubias

Emely Cubias
U.S. Probation Officer

---

[ X ]   Court Concurs with Officer Action
[  ]    Submit a Request for Modifying the Condition or Term of Supervision
[  ]    Submit a Request for Warrant or Summons
[  ]    Other

*Edward F. Shea*

Signature of Judicial Officer

March 7, 2023

Date