PROB 12C
(6/16)

Report Date: May 18, 2023

# United States District Court

### for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 18, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Christian Angel                      Case Number: 4:18CR06015-EFS-1

Address of Offender: ███████████████ , Spokane, Washington 99223

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: March 11, 2019

Original Offense:        Possession of a Firearm in Furtherance of Drug Trafficking, 18 U.S.C. § 924(c)(1)(A)

Original Sentence:       Prison - 60 months;            Type of Supervision: Supervised Release
                         TSR - 36 months

Asst. U.S. Attorney:     Stephanie A. Van Marter        Date Supervision Commenced: July 8, 2022

Defense Attorney:        Jennifer Rebecca Barnes        Date Supervision Expires: July 7, 2025

## PETITIONING THE COURT

**To issue a WARRANT**.

On July 8, 2022, conditions of supervision were reviewed with Mr. Angel. He signed his judgment acknowledging an understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.<br><br>**Supporting Evidence**: On or around March 9, 2023, Mr. Angel is alleged to have consumed a controlled substance, cocaine.<br><br>On March 16, 2023, Mr. Angel submitted a urine sample at the U.S. Probation Office that yielded a presumptive positive result for cocaine, further evidenced by a verbal and written admission statement that he used cocaine on or around March 9, 2023. |
| 2 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |

Prob12C
Re: Angel, Christian
May 18, 2023
Page 2

**Supporting Evidence**: On or around March 28, 2023, Mr. Angel is alleged to have consumed a controlled substance, cocaine.

On March 28, 2023, Mr. Angel submitted a urine sample at the U.S. Probation Office that yielded a presumptive positive result for cocaine, further evidenced by a confirmed positive lab report for cocaine from the contract laboratory.

3   **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**Supporting Evidence**: On or around March 31, to April 7, 2023, Mr. Angel is alleged to have consumed a controlled substance, cocaine.

On April 7, 2023, Mr. Angel submitted a urine sample at the U.S. Probation Office that yielded a presumptive positive result for cocaine, further evidenced by a verbal and written admission statement that he used cocaine on or around March 31, 2023.

4   **Special Condition #5:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis testing and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm abstinence from these substances.

**Supporting Evidence:** On April 11, 2023, Mr. Angel is alleged to have failed to report for urinalysis testing at Pioneer Human Services as directed.

On April 11, 2023, the color for urinalysis testing at Pioneer Human Services was Brown 1, Mr. Angel's assigned color for urinalysis testing. The undersigned officer was notified that Mr. Angel failed to appear for his urinalysis test.

5   **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**Supporting Evidence**: On or around May 2, 2023, Mr. Angel is alleged to have consumed a controlled substance, cocaine.

On May 2, 2023, Mr. Angel submitted a urine sample at the U.S. Probation Office that yielded a presumptive positive result for cocaine, further evidenced by a confirmed positive lab report for cocaine from the contract laboratory.

6   **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**Supporting Evidence**: On or around May 2, 2023, Mr. Angel is alleged to have consumed a controlled substance, methamphetamine.

Prob12C
Re: Angel, Christian
May 18, 2023
Page 3

On May 2, 2023, Mr. Angel submitted a urine sample at the U.S. Probation Office that yielded a presumptive positive result for methamphetamine, further evidenced by a verbal and written statement, and a confirmed positive lab report for methamphetamine from the contract laboratory.

7   **Special Condition # 5:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis testing and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm abstinence from these substances.

**Supporting Evidence:** On May 16, 2023, Mr. Angel is alleged to have failed to report for urinalysis testing as directed at Pioneer Human Services.

On May 16, 2023, the color for urinalysis testing at Pioneer Human Services was Brown 1, Mr. Angel's assigned color for urinalysis testing. The undersigned officer was notified that Mr. Angel failed to appear for his urinalysis test.

8   **Special Condition #4:** You must undergo a substance abuse evaluation and if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to you ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence:** Mr. Angel is alleged to be in violation of his conditions of supervised release by failing to attend any substance treatment groups since May 3, 2023.

A drug and alcohol evaluation was completed on March 31, 2023, at Pioneer Human Services, and Mr. Angel was to begin intensive outpatient treatment on May 3, 2023. His counselor was contacted and reported that Mr. Angel has yet to engage in treatment or attend any classes, which began on May 3, 2023.

9   **Special Condition #5:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis testing and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm abstinence from these substances.

**Supporting Evidence**: On or around May 17, 2023, Mr. Angel is alleged to have consumed a controlled substance, methamphetamine.

Mr. Angel was contacted via a phone call and questioned about failing to appear for urinalysis testing on May 16, 2023. Mr. Angel was unable to report to the office for a urinalysis test because he disclosed he was in Walla Walla, Washington, and had been there since May 12, 2023. When questioned about any illicit drug use, he self-reported to using methamphetamine just hours ago.

Prob12C
Re: Angel, Christian
May 18, 2023
Page 4

The U.S. Probation Office respectfully recommends the Court **issue a <u>WARRANT</u>** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 18, 2023

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Edward F. Shea*

Signature of Judicial Officer

May 18, 2023
Date