PROB 12C
(6/16)

Report Date: May 22, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 23, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Christian Angel              Case Number: 0980 4:18CR06015-EFS-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99223

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: March 11, 2019

| | | |
|---|---|---|
| Original Offense: | Possession of a Firearm in Furtherance of Drug Trafficking, 18 U.S.C. § 924(c)(1)(A) | |
| Original Sentence: | Prison - 60 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Stephanie A. Van Marter | Date Supervision Commenced: July 8, 2022 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: July 7, 2025 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 05/18/2023.

On July 8, 2022, conditions of supervision were reviewed with Mr. Angel. He signed his judgment acknowledging an understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 10 | **Mandatory Condition #2**: You must not unlawfully possess a controlled substance, including marijuana, which remains illegal under federal law. |
| | **Supporting Evidence**: On or around May 18, 2023, it is alleged Mr. Angel possessed a controlled substance, methamphetamine. |
| | On May 18, 2023, Mr. Angel was arrested by the Walla Walla Police Department on the warrant issued by the Court on the violation petition filed on May 18, 2023. Post arrest, the undersigned officer was contacted by a detective with the Walla Walla Police Department who advised Mr. Angel was found to be in possession of methamphetamine. |

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

Prob12C
Re: Angel, Christian
May 22, 2023
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 22, 2023

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Edward F. Shea

Signature of Judicial Officer

May 23, 2023

Date