PROB 12C
(6/16)

Report Date: October 20, 2023

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 24, 2023

SEAN F. MCAVOY, CLERK

| | |
|---|---|
| Name of Offender: Christian Angel | Case Number: 0980 4:18CR06015-EFS-1 |
| Address of Offender: ▮▮▮▮▮▮▮ Walla Walla, Washington 99362 | |
| Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge | |
| Date of Original Sentence: March 11, 2019 | |
| Original Offense: Possession of a Firearm in Furtherance of Drug Trafficking, 18 U.S.C. § 924(c)(1)(A) | |
| Original Sentence: Prison - 60 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (June 30, 2023) Prison- 56 days; TSR- 34 months | |
| Asst. U.S. Attorney: Stephanie A. Van Marter | Date Supervision Commenced: July 12, 2023 |
| Defense Attorney: Paul Shelton | Date Supervision Expires: May 11, 2026 |

## PETITIONING THE COURT

On August 17, 2023, conditions of supervision were reviewed with Mr. Angel. He signed his judgment acknowledging an understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Angel is considered to be in violation of his supervised release condition by consuming a controlled substance, fentanyl, on or about September 3, 2023. |
| | On September 5, 2023, Mr. Angel submitted a urine sample at the U.S. Probation Office and it was sent to the national laboratory. On September 25, 2023, the lab report confirmed the urine sample was positive for fentanyl. |
| | On October 2, 2023, Mr. Angel was presented with the positive lab results confirming the urine sample to be positive for fentanyl. Mr. Angel admitted his use verbally and completed the drug use admission form indicating he last used on September 3, 2023. |

Prob12C
Re: Angel, Christian
October 20, 2023
Page 2

    2    **Special Condition # 6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Angel is considered to be in violation of his supervised release condition by consuming a controlled substance, methamphetamine, between September 3, and 5, 2023.

On September 5, 2023, Mr. Angel submitted a urine sample at the U.S. Probation Office that was presumptive positive for methamphetamine. Mr. Angel admitted his use verbally and completed the drug use admission form indicating he had used daily from September 3 to 5, 2023. On September 26, 2023, the lab report from the contract laboratory confirmed the urine sample was positive for methamphetamine.

    3    **Special Condition # 6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Angel is considered to be in violation of his supervised release condition by consuming a controlled substance, methamphetamine, on or about September 25, 2023.

On September 28, 2023, Mr. Angel verbally admitted to the undersigned officer that he had consumed methamphetamine on September 25, 2023. On October 2, 2023, Mr. Angel reported to the U.S. Probation Office and submitted a urine sample that was presumptive positive for methamphetamine. Mr. Angel admitted his use verbally and completed the drug use admission form indicating he last used on September 25, 2023. The lab report from the contract laboratory confirmed the urine sample was positive for methamphetamine on October 8, 2023.

    4    **Special Condition # 6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Angel is considered to be in violation of his supervised release condition by consuming a controlled substance, marijuana , on or about September 27, 2023.

On September 28, 2023, Mr. Angel verbally admitted to the undersigned officer that he had consumed marijuana on September 27, 2023. On October 2, 2023, Mr. Angel reported to the U.S. Probation Office and submitted a urine sample that was presumptive positive for marijuana. Mr. Angel admitted his use verbally and completed the drug use admission form indicating he last used on September 27, 2023. The lab report from the contract laboratory confirmed the urine sample was positive for marijuana on October 6, 2023.

Prob12C
**Re: Angel, Christian**
**October 20, 2023**
**Page 3**

| | | |
|---|---|---|
| 5 | | **Special Condition # 6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Angel is considered to be in violation of his supervised release condition by consuming a controlled substance, methamphetamine, on or about September 29, 2023.

On October 2, 2023, Mr. Angel reported to the U.S. Probation Office and submitted a urine sample that was presumptive positive for methamphetamine. Mr. Angel admitted his use verbally and completed the drug use admission form indicating he used on September 29, 2023. The lab report from the contract laboratory confirmed the urine sample was positive for methamphetamine on October 8, 2023.

6  **Special Condition # 6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Angel is considered to be in violation of his supervised release condition by consuming a controlled substance, fentanyl, on or about October 2, 2023.

On October 2, 2023, Mr. Angel submitted a urine sample at the U.S. Probation office which was sent to the national laboratory. The lab report from the contract laboratory confirmed the urine sample was positive for fentanyl on October 13, 2023.

7  **Special Condition # 6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Angel is considered to be in violation of his supervised release condition by consuming a controlled substance, methamphetamine, on or about October 12, 2023.

On October 19, 2023, the undersigned officer spoke with staff at Serenity Point Counseling Services and was informed that Mr. Angel submitted to a urine sample on October 12, 2023, that was presumptive positive for methamphetamine. The urine sample was sent to their contracted laboratory and results are still pending. Mr. Angel denied any use.

8  **Special Condition # 6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Angel is considered to be in violation of his supervised release condition by consuming a controlled substance, methamphetamine, on or about October 18, 2023.

Prob12C
**Re: Angel, Christian**
**October 20, 2023**
**Page 4**

On October 19, 2023, the undersigned officer spoke with staff at Serenity Point Counseling Services and was informed that Mr. Angel submitted to a urine sample on October 18, 2023 that was presumptive positive for methamphetamine. The urine sample was sent to their contracted laboratory and results are still pending. Mr. Angel denied any use.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    October 20, 2023

s/Jose Valencia

Jose Valencia
U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[ ]    Other

*Edward F. Shea*

Signature of Judicial Officer

October 24, 2023
Date