PROB 12C
(6/16)

Report Date: November 15, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 16, 2023

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Christian Angel                     Case Number: 0980 4:18CR06015-EFS-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Walla Walla, Washington 99362

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: March 11, 2019

| | | |
|---|---|---|
| Original Offense: | Possession of a Firearm in Furtherance of Drug Trafficking, 18 U.S.C. § 924(c)(1)(A) | |
| Original Sentence: | Prison - 60 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (June 30, 2023) | Prison- 56 days; TSR- 34 months | |
| Asst. U.S. Attorney: | Stephanie A. Van Marter | Date Supervision Commenced: July 12, 2023 |
| Defense Attorney: | Paul Shelton | Date Supervision Expires: May 11, 2026 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 10/20/2023.

On August 17, 2023, conditions of supervision were reviewed with Mr. Angel. He signed his judgment acknowledging an understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 9 | **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Angel is considered to be in violation of his supervised release condition by consuming a controlled substance, methamphetamine, on or about November 5, 2023. |
| | On November 7, 2023, Mr. Angel submitted a urine sample at the U.S. Probation Office that was presumptive positive for methamphetamine. Mr. Angel admitted his use verbally and completed the drug use admission form indicating he last used on November 5, 2023. |

Prob12C
**Re: Angel, Christian**
**November 15, 2023**
**Page 2**

                    The urine sample was sent to our contracted laboratory and results are still pending.

10      **Special Condition # 6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

          **Supporting Evidence**: Mr. Angel is considered to be in violation of his supervised release condition by consuming a controlled substance, marijuana, on or about November 5, 2023.

          On November 7, 2023, Mr. Angel submitted a urine sample at the U.S. Probation Office that was presumptive positive for marijuana. Mr. Angel admitted his use verbally and completed the drug use admission form indicating he last used on November 5, 2023. On November 13, 2023, the lab report confirmed the urine sample was positive for marijuana.

11      **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

          **Supporting Evidence**: Mr. Angel is considered to be in violation of his supervised release condition by consuming a controlled substance, methamphetamine, on or about November 9, 2023.

          On November 9, 2023, the undersigned officer spoke with staff at Serenity Point Counseling Services and was informed that Mr. Angel submitted to a urine sample on November 9, 2023, that was presumptive positive for methamphetamine. The urine sample was sent to their contracted laboratory and results are still pending.

12      **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

          **Supporting Evidence**: Mr. Angel is considered to be in violation of his term of supervised release by failing to report for drug testing as required on or about November 13, 2023.

          On November 14, 2023, Serenity Point Counseling Services staff reported to the undersigned officer Mr. Angel failed to report for drug testing the day before when his name was called. Mr. Angel admitted to the undersigned officer he did not report to Serenity Point Counseling Services for a drug test when his name was called on November 13, 2023, because he forgot.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

Prob12C
**Re: Angel, Christian**
**November 15, 2023**
Page 3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    November 15, 2023

s/Jose Valencia

Jose Valencia
U.S. Probation Officer

---

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

*Edward F. Shea*

Signature of Judicial Officer

11/16/2023

Date