PROB 12C
(6/16)

Report Date: March 29, 2024

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 01, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Christian Angel | Case Number: 0980 4:18CR06015-EFS-1 |

Address of Offender: ▇▇▇▇▇▇▇▇▇▇▇▇ Pasco, Washington 99301

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: March 11, 2019

| | | |
|---|---|---|
| Original Offense: | Possession of a Firearm in Furtherance of Drug Trafficking, 18 U.S.C. § 924(c)(1)(A)(i) | |
| Original Sentence: | Prison - 60 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (June 27, 2023) | Prison- 56 days; TSR- 34 months | |
| Revocation Sentence: (December 12, 2023) | Prison- 120 days; TSR- 26 months | |
| Asst. U.S. Attorney: | Stephanie A. Van Marter | Date Supervision Commenced: March 14, 2024 |
| Defense Attorney: | Paul Shelton | Date Supervision Expires: May 11, 2026 |

### PETITIONING THE COURT

To issue a warrant.

On March 14, 2024, conditions of supervised release were reviewed with Mr. Angel. He signed his judgement acknowledging an understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 calendar days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. |

Prob12C  
Re: Angel, Christian  
March 29, 2024  
Page 2

**Supporting Evidence**: Mr. Angel is considered to be in violation of his supervised release condition by not residing at his approved residence since on or about March 22, 2024.

On March 27, 2024, the undersigned officer attempted to make contact with Mr. Angel by sending him a text message and received no response. This officer also attempted to make telephone contact with Mr. Angel and was unsuccessful.

Additionally, later this same date, the undersigned officer conducted a home visit and spoke with Union Gospel Mission staff and was informed that Mr. Angel was last seen at the Union Gospel Mission on March 22, 2024, and has not returned back according to their housing roster.

To date, Mr. Angel has not made any attempts to contact the United States Probation Office or the undersigned officer. At this time, Mr. Angel's whereabouts is unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 29, 2024

s/Jose Valencia

Jose Valencia  
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action  
[X]  The Issuance of a Warrant  
[ ]  The Issuance of a Summons  
[ ]  Other

*Edward F. Shea*

Signature of Judicial Officer

4/1/2024

Date