PROB 12C
(6/16)

Report Date: June 14, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 21, 2024

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Christian Angel                                         Case Number: 0980 4:18CR06015-EFS-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: March 11, 2019

| | |
|---|---|
| Original Offense: | Possession of a Firearm in Furtherance of Drug Trafficking, 18 U.S.C. § 924(c)(1)(A)(I) |
| Original Sentence: | Prison - 60 months; TSR - 36 months |
| Revocation Sentence: (June 27, 2023) | Prison- 56 days; TSR- 34 months |
| Revocation Sentence: (December 12, 2023) | Prison- 120 days; TSR- approx. 26 months (same expiration date of 5/11/2026) |
| Asst. U.S. Attorney: | Stephanie A. Van Marter |
| Defense Attorney: | Paul Shelton |

Type of Supervision: Supervised Release

Date Supervision Commenced: March 14, 2024

Date Supervision Expires: May 11, 2026

---

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 03/29/2024. An arrest warrant has been previously issued by the Court for Mr. Angel.

On March 14, 2024, conditions of supervised release were reviewed with Mr. Angel. He signed his judgment acknowledging an understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Mr. Angel is considered to be in violation of his conditions of supervised release by being charged in Umatilla County Circuit Court, with one count of unlawful possession of firearm, on or about June 9, 2024. |

Prob12C
Re: Angel, Christian
June 14, 2024
Page 2

On June 10, 2024, the undersigned officer received information from the Milton-Freewater Police Department (MFPD) that Mr. Angel was arrested in Milton-Freewater, Oregon, and taken into custody for the following new criminal charges: 1 count unlawful possession of firearm, 1 count unlawful use of a weapon (possess/use illegally), 2 counts of menacing, 3 counts recklessly endangering another person-assault, and 1 count criminal mischief II (crime damage).

Later on the same date, the undersigned officer received the probable cause declaration with a brief statement from MFPD regarding Mr. Angel's arrest. According to the MFPD statement, on June 9, 2024, MFPD responded at approximately 10:35 p.m. for a report of shots fired that had occurred at ▮▮▮▮▮▮▮▮▮▮ Milton-Freewater. The reporting party, B.H., stated an individual shot at her house, resident of apartment 4. MFPD was able to speak with A.G.V., who was in the apartment beneath apartment 4 and stated Mr. Angel entered the apartment, became upset with A.G.V., demanded A.G.V. to leave, pointed a gun at A.G.V., and fired a shot into the wall above her.

MFPD interviewed another individual, K.S., who witnessed this incident. K.S. stated Mr. Angel entered the apartment and demanded K.S. and A.G.V. to leave, which shortly after led to a heated exchange and Mr. Angel "pulled the trigger on the gun." When K.S. was asked to describe the gun Mr. Angel used, K.S. stated it had an extended magazine. K.S. further stated Mr. Angel left after firing the shot and went next door to apartment 1.

After obtaining the assistance of additional law enforcement units, MFPD was able to make contact with Mr. Angel at apartment 1, where he was reportedly living with Y.S.G. After MFPD completed their search of the residence, they found a Glock 19 with an extended magazine. Mr. Angel was taken into custody and booked into Umatilla County Jail in Pendleton, Oregon.

3  **Mandatory Condition # 1**: You must not commit another federal, state or local crime.

   **Supporting Evidence**: Mr. Angel is considered to be in violation of his conditions of supervised release by being charged in Umatilla County Circuit Court, with one count of unlawful use of a weapon (possess/use illegally), on or about June 9, 2024.

   Please refer to the narrative in violation 1.

4  **Mandatory Condition # 1**: You must not commit another federal, state or local crime.

   **Supporting Evidence**: Mr. Angel is considered to be in violation of his conditions of supervised release by being charged in Umatilla County Circuit Court, with two counts of menacing, on or about June 9, 2024.

   Please refer to the narrative in violation1.

5  **Mandatory Condition # 1**: You must not commit another federal, state or local crime.

   **Supporting Evidence**: Mr. Angel is considered to be in violation of his conditions of supervised release by being charged in Umatilla County Circuit Court, with 3 counts of recklessly endangering another person-assault, on or about June 9, 2024.

   Please refer to the narrative in violation 1.

Prob12C
**Re: Angel, Christian**
**June 14, 2024**
Page 3

| | | |
|---|---|---|
| 6 | | **Mandatory Condition # 1**: You must not commit another federal, state or local crime. |

**Supporting Evidence**: Mr. Angel is considered to be in violation of his conditions of supervised release by being charged in Umatilla County Circuit Court, with 1 count of criminal mischief II (crime damage), on or about June 9, 2024.

Please refer to the narrative in violation 1.

7   **Standard Condition # 3**: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.

**Supporting Evidence**: Mr. Angel is considered to be in violation of his supervised release condition by leaving the federal judicial district on or about June 9, 2024.

On June 10, 2024, the undersigned officer received information from the Milton-Freewater Police Department that Mr. Angel was arrested in Milton-Freewater, Oregon, and taken into custody for the new criminal charges as mentioned above in the narrative for violation 1. Per the report, MFPD mad contact with Mr. Angel at apartment 1, where he was reportedly living with Y.S.G.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 14, 2024

s/Jose Valencia

Jose Valencia
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Edward F. Shea

Signature of Judicial Officer

6/21/2024
Date